**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-16638-LMI__

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Severo Cruz__           CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-9757    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ __125.55__ for months __1__ to __60__ ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative: Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
              TOTAL PAID      $2,500.00
              Balance Due     $ 1,750.00 payable $ 97.23 month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__
   Address _____
   _____
   _____
   
   Arrearage on Petition Date $ _____
   Arrears Payment $_____/month (Months ___ to ___)
   Arrears Payment $_____/month (Months ___ to ___)
   Regular Payment $_____/month (Months ___ to ___)

2. _____
   _____
   _____
   
   Arrears Payment $_____
   Arrears Payment $_____/month (Months ___ to ___)
   Regular Payment $_____/month (Months ___ to ___)
   Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank Atlantic Loan# 2999xxxxx Prop Address: 11634 NW 90th Ave Hialeah, FL 33018 | Homestead Property $120,164.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__           Total Due $ _____
                    Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ __15.77__ month (Months __1__ to __18__). Pay $113.00/mo(Mos 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is paying IndyMac (Loan#2838) directly outside the plan. The debtor will provide copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_                        Joint Debtor
Debtor                               Date: _____
Date: 06/07/11

F-31 (rev. 06/02/08)